Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **LOLOSEA TUITASI, individually and on behalf of all others similarly situated,** | **C.A. No.: 3:19-cv-02718-RS** |
| **Plaintiff** | |
| | **DISMISSAL ORDER** |
| -against- | |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | |
| **Defendant** | |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' November 14, 2019 Stipulation of Dismissal, all claims asserted against Defendant **MIDLAND CREDIT MANAGEMENT, INC.** in Civil Action No: 3:19-cv-02718-RS, are dismissed

1 | with prejudice; and

2 | THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __18th__ **day of** __November__**, 2019.**

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE